SAMUEL S. MEHARD and Another, as Executors, etc., Respondents, v. IMPERIAL OSAGE DEVELOPMENT COMPANY and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

RICHARD BLOCH, Appellant, v. BERT N. MARCUS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

SAMUEL THOMPSON BANES, Appellant, v. ROY A. RAINEY, as Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JOHN J. BOYLAN, Respondent, v. ISAAC E. BERMANT and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

RICHARD CARLE and Another, Respondents, v. VITAGRAPH COMPANY OF AMERICA, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissented.

PEKIN RESTAURANT COMPANY, INC., Respondent, v. PUBLICITY LEASING COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

WALLACE MACWILLIAMS, Respondent, v. MARY HOUSTON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Proving of the Last Will and Testament of HIRAM H. LAMPORT, Deceased, as a Will of Real and Personal Property.  MARY CLEMENTINE SMEDLEY, Appellant; FLORA A. LAMPORT and Another, as Administratrices, etc., Respondents.— Order affirmed, with costs.   No opinion.  Present — Dowling, Laughlin, Smith and Merrell, JJ.

MARCEL DARMANO, Appellant, v. FREDERICK W. WHITRIDGE, as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

CHRISTINA KEHOE, Respondent, v. ADOLPH H. HOPKE, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.